IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 17-11826-TJC |
| CURTIS T. WILLIAMS AND CHANTELLE L. WILLIAMS AKA CHATELLE L. HAMILTON AKA CHANTELLE L. CAMPBELL AKA CHANTELLE L. CAMPBELL-WILLIAMS<br>    DEBTOR(S)<br><br>WELLS FARGO BANK, N.A.<br>    MOVANT<br><br>VS.<br><br>CURTIS T. WILLIAMS AND CHANTELLE L. WILLIAMS AKA CHATELLE L. HAMILTON AKA CHANTELLE L. CAMPBELL AKA CHANTELLE L. CAMPBELL-WILLIAMS, DEBTOR(S)<br>    RESPONDENT(S) | CHAPTER 13 |

**AFFIDAVIT OF DEFAULT ON CONSENT ORDER
AS TO PROPERTY KNOWN AS 11211 DEER LEAP COURT, BELTSVILLE, MD 20705**

    I SOLEMNLY AFFIRM that to the best of my knowledge, information and belief that on August 7, 2018 a Notice of Default was mailed to the parties listed in the Certificate of Service below notifying them that the Debtor was in default under the terms of the Consent Agreement. A copy of said Notice of Default is attached hereto as Exhibit A. The Debtor(s) has failed to cure the default within ten (10) days of the date of the Notice as required by the Consent Order entered on February 8, 2018. No further right to cure shall exist once this Affidavit of Default is filed.

    Debtor(s) was to make regular bi-weekly payments in the amount of $475.88 beginning February 5th, 2018, and additional monthly payments in the amount of $421.76 toward the post-petition arrearages beginning February 15th, 2018 through September 15th, 2018, and an additional monthly payment in the amount of $421.68 on or before October 15th, 2018.

    Regular bi-weekly payment(s) due June 25th, 2018 through August 20th, 2018 have not been received. Additional monthly payment(s) for the post-petition arrearages due July 15th, 2018 through August 15th, 2018 have not been received. **The arrearages due as of the date of this Affidavit are as follows:**

Case: 75014-2

1

| | |
|---|---:|
| 5 payment(s) at $483.41 (06/25/2018, 07/09/2018, 07/23/2018, 08/06/2018, 08/20/2018) | $2,417.05 |
| Suspense Balance | ($206.37) |
| 2 additional payment(s) at $421.76 (07/15/2018 - 08/15/2018) | $843.52 |
| Total | $3,054.20 |

/s/ *[signature]*
Brian McNair
Bar Number 25270
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza I, Suite 302
Hunt Valley, MD 21031
(443) 541-8600
Attorney for Movant

Case: 75014-2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the **Affidavit of Default on Consent Order** was mailed first class, postage paid, this 22nd day of August, 2018 to:

Chantelle L. Williams
3104 Hunt Farm Court
Burtonsville, MD 20866

Curtis T. Williams
3104 Hunt Farm Court
Burtonsville, MD 20866

I HEREBY CERTIFY that a copy of the **Affidavit of Default on Consent Order** was uploaded through the Court's ECF System at the e-mail address registered with the court on, this 22nd day of August, 2018 to:

Craig W. Stewart
6205 Executive Boulevard
Rockville, MD 20852
craig@law-margulies.com

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com

/s/ _____
Brian McNair
bankruptcy@albalawgroup.com

Case: 75014-2